UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM and MICHAEL CAMERO, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARKETSOURCE, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP, INC., a Maryland corporation; and DOE 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-CV-00241 JAM-EFB<br><br>**RELATED CASE ORDER** |
| JOHNNY ESPARZA, on behalf of himself, all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARYLAND MARKETSOURCE, INC., Maryland corporation; ALLEGIS GROUP, INC., a Maryland corporation; ALLEGIS GROUP HOLDINGS, INC. a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-CV-02688 TLN-KJM |

Examination of the above-entitled actions reveals that these

1

actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-02688 TLN-KJM be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-02688 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 28, 2018.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge