# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ESPARZA, on behalf of himself, all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP, INC., a Maryland corporation; ALLEGIS GROUP HOLDINGS, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:18-CV-02688-JAM-JDP<br><br>**ORDER DISMISSING PLAINTIFF'S PROPOSED CLASS AND REPRESENTATIVE CLAIMS** |

1   Having considered the parties' stipulation, and upon good cause shown, the Court hereby
2   ORDERS as follows:
3   The proposed class and representative Private Attorneys General Act claims brought by
4   Plaintiff Johnny Esparza are hereby dismissed without prejudice as to unnamed proposed class
5   members and allegedly aggrieved employees. Plaintiff shall proceed with his claims on an
6   individual basis only.
7   IT IS SO ORDERED.

10  DATED:  November 2, 2020            /s/ John A. Mendez
11                                      THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

ORDER DISMISSING PLAINTIFF'S
PROPOSED CLASS AND REPRESENTATIVE CLAIMS